# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) ANJI BRADSHAW, as Special Administrator for the Estate of Nathan Bradshaw, deceased,<br><br>Plaintiff,<br><br>v.<br><br>(2) ARMOR CORRECTIONAL HEALTH SERVICES INC., *et al*.<br><br>Defendants. | Case No.: CIV-17-615-TCK-FHM |

## PLAINTIFF'S STIPULATION OF DISMISSAL AS TO DEFENDANT MCELROY

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff, Anji Bradshaw, as Special Administrator for the Estate of Nathan Bradshaw, deceased, ("Estate") submits the following stipulation of dismissal without prejudice as to all claims asserted against Defendant Curtis McElroy.

Respectfully submitted,

BRYAN & TERRILL

By: *s/J. Spencer Bryan*
Steven J. Terrill, OBA # 20869
J. Spencer Bryan, OBA # 19419
BRYAN & TERRILL LAW, PLLC
9 East 4th St., Suite 307
Tulsa, OK 74103
Tele: (918) 935-2777
Fax: (918) 935-2778

Email: sjterrill@bryanterrill.com
Email: jsbryan@bryanterrill.com

By: *s/Alexandra Ah Loy*
Alexandra Ah Loy
9801 Broadway Ext
Oklahoma City, OK 73114
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2018, I served the foregoing on the following persons:

Alexandra Gabrielle Ah Loy
aahloy@johnsonhanan.com

Sean Patrick Snider
ssnider@johnsonhanan.com

*J. Spencer Bryan*
J. Spencer Bryan

2